**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7502**

───────────────

AARON LAMONT BARNES,

                              Petitioner - Appellant,

        versus

JAMES S. GILMORE, III,

                              Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-98-703-AM)

───────────────

Submitted:  March 22, 2001          Decided:  March 28, 2001

───────────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Aaron Lamont Barnes, Appellant Pro Se.  Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Aaron Lamont Barnes seeks to appeal the district court's order denying his motion filed pursuant to Fed. R. Civ. P. 60(b).  We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>Barnes v. Gilmore</u>, No. CA-98-703-AM (E.D. Va. filed Oct. 2, 2000; entered Oct. 4, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2